UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

*Hillary J. Fargo v. Bayer HealthCare LLC, et al.*  No. 10-cv-20141-DRH

*Erica Thomas v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No. 12-cv-10922-DRH

*Kimberly Thur v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No. 12-cv-11224-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
          Deputy Clerk

**Dated:** April 17, 2014

Digitally signed by David R. Herndon
Date: 2014.04.17 14:04:18 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**